IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01375-MEH-PAC

AARON J. DOUGLAS,

    Plaintiff,

v.

GALE A. NORTON, Secretary,
United States Department of Interior,

    Defendant.

___

ORDER OF RECUSAL
___

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Upon consent of the parties pursuant to 28 U.S.C. § 636(c), on January 28, 2003, this matter was transferred to Magistrate Judge O. Edward Schlatter for purposes of trial and/or disposition (Docket #20).  By Order filed on July 14, 2003, this matter was dismissed (Docket #33) and the Plaintiff subsequently appealed (Docket #35).  The Court of Appeals for the Tenth Circuit has remanded the case to this Court for entry of dismissal with prejudice (Docket #55). Upon Magistrate Judge Schlatter's retirement, the case was reassigned to me (Docket #56).

    Previous to my appointment to the federal bench, I was employed as the Chief of the Civil Division in the United States Attorney's Office, and I was active as counsel of record for the Defendant in this case.  Pursuant to 28 U.S.C. §455(b)(3), a Magistrate Judge shall disqualify himself under the following circumstances:

> Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy.

Accordingly, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 28th day of March, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge