IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01375-MJW-PAC

AARON J. DOUGLAS,

Plaintiff,

v.

GALE A. NORTON, Secretary, United
States Department of Interior,

Defendant.

## ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Based upon the consent of the parties pursuant to 28 U.S.C. §636(c), on January 28, 2003, this matter was transferred to Magistrate Judge O. Edward Schlatter for purposes of trial and/or disposition (Docket No. 20). Magistrate Judge Schlatter dismissed this matter by Order filed on July 14, 2003 (Docket No. 33), and the plaintiff then appealed.

On March 13, 2006, the United States Court of Appeals for the Tenth Circuit remanded the case to this court for entry of dismissal with prejudice (Docket No. 55). Upon Magistrate Judge Schlatter's retirement, the case was reassigned to Magistrate Judge Michael E. Hegarty, who then recused himself from service in this matter (Docket No. 57). The matter was then reassigned to the undersigned (Docket No. 58).

Pursuant to the Mandate of the United States Court of Appeals for the Tenth

2

Circuit issued on March 13, 2006 (Docket No. 55), it is hereby

ORDERED that the First Amended Complaint is dismissed with prejudice.

Judgment shall be entered in favor of the defendant and against the plaintiff.

BY THE COURT:

Date: March 28, 2006  s/Michael J. Watanabe
     Denver, Colorado  Michael J. Watanabe
      United States Magistrate Judge